United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS TYLER JACKSON,<br>Plaintiff,<br>v.<br>VALHAUS, LP, et al.,<br>Defendants. | Case No. 26-cv-07153-ASK<br><br>**ORDER TO SHOW CAUSE** |

On August 25, 2026, the Court ordered Plaintiff Jackson to show cause as to why the Court should not screen his complaint as deficient. Dkt. 6. Specifically, the Court ordered Mr. Jackson to allege the citizenship of Defendant Valhaus, LP's partners by September 29, 2026. The Court also allowed Mr. Jackson to amend his complaint to include facts sufficient to plausibly establish that Defendants' interference with his possession of Unit 104 violated the commercial lease agreement. To date, Mr. Jackson has failed to allege the citizenship of Valhaus's partners or otherwise amend his complaint. Accordingly, the Court **ORDERS** Mr. Jackson to **SHOW CAUSE** by **October 30, 2026**, as to why his case should not be dismissed for failure to prosecute.

The initial case management conference previously scheduled for October 20, 2026, is vacated.

**IT IS SO ORDERED.**

Dated: October 13, 2026

AJAY KRISHNAN
United States Magistrate Judge